STATE OF NORTH CAROLINA v. EARL DOUGLAS STOKES

No. 7518SC386

(Filed 1 October 1975)

ON *writ of certiorari* to review judgment entered by *Rousseau, Judge,* on 21 October 1974 in Superior Court, GUILFORD County. Heard in the Court of Appeals 3 September 1975.

Defendant was tried upon a bill of indictment charging him with the felony of armed robbery. He pleaded not guilty to the charge. The jury found defendant guilty and from judgment imposing a prison sentence defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Claude W. Harris, for the State.*

*Z. H. Howerton, Jr., for defendant appellant.*

MARTIN, Judge.

Defendant presents the record for review for possible errors. We have carefully reviewed the record and find that defendant had a fair trial which was free of prejudicial error.

No error.

Judges BRITT and HEDRICK concur.